U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:     Jacqueline Boisseau Cox

                                            Chapter 13
                                            Case No.  22-60116

    Debtor(s)

## MOTION TO EXTEND AUTOMATIC STAY

The Debtor(s), by counsel, state as follows:

1. That on 2/9/2022, the Debtor(s) filed in this Court a Petition under Chapter 13 of the US Bankruptcy Code.

2. The Debtor's previous bankruptcy cases are as follows:
   #01-01112, filed on 3/29/2001, Chapter 7, and discharged on 6/27/2001
   #19-62008, filed on 9/23/2019, Chapter 13, and dismissed on 7/22/2021

3. Due to the dismissal of the previous case, the automatic stay will expire 30 days after the date of filing this new petition.

4. The Debtors are requesting that the Court extend the automatic stay for the following reasons:  Debtor's prior case was dismissed due to non-payment. During that case Debtor's father died, she got COVID and was in the hospital, and she could not make her plan payments. Debtor says she can make the required payments in this case and has set up automatic TFS payments.

WHEREFORE, the Debtor(s) prays that the Court, after notice and an opportunity for hearing, enter an Order extending the automatic stay until such time the Court deems otherwise.

Dated: 2/9/2022

                                                      Respectfully submitted,

                                                      JACQUELINE BOISSEAU COX

                                                      By Counsel

_/s/ Jennifer M. Wagoner_
Jennifer M. Wagoner, VSB #47920
Slayton Law, PLC

913 East Jefferson Street
Charlottesville, VA  22902
Phone: (434) 979-7900
Counsel for Debtor(s)

## NOTICE OF HEARING

On application of the Debtors in the above-entitled case, notice is hereby given of the hearing on Debtors' Motion to Extend Automatic Stay, which is scheduled to be held on **March 10, 2022, at 9:30AM, via Zoom before Judge Connelly**. The Zoom link is https://vawb-uscourts-gov.zoomgov.com/j/1603692643.  For Zoom video conference instructions please visit the court website at www.vawb.uscourts.gov.  **Hearings will not be held in person.**

_____                                    2/9/2022
Jennifer M. Wagoner                                                      Date

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to the Bankruptcy Trustee via ECF, and was submitted to the Best Case Legal Noticing for servicing via first-class mail to all creditors and to the Debtor, on 2/9/2022  Certification from the BestCase Legal Noticing will follow.

_____
Jennifer M. Wagoner